# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FED CETERA, LLC, | : |
| Plaintiff, | : Civil Action No.: 1:17-cv-02809 |
| v. | : |
| NATIONAL CREDIT SERVICES, INC., | : **NOTICE OF MOTION** |
| Defendant. | : |

**PLEASE TAKE NOTICE** that Defendant, National Credit Services, Inc., will move before the Honorable Robert B. Kugler, U.S.D.J., on **Tuesday, September 5, 2017**, for an Order dismissing Plaintiff's Complaint with prejudice and for entry of Judgment in Defendant's favor on the pleadings and pursuant to Federal Rule of Civil Procedure 12(c).

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, National Credit Services, Inc., relies upon the attached brief.

**PLEASE TAKE FURTHER NOTICE** that, a proposed order is submitted herewith.

Respectfully submitted,

By: */s/ David J. Walton*
David J. Walton
Email: dwalton@cozen.com
Arthur P. Fritzinger
Email: afritzinger@cozen.com
**Cozen O'Connor**
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000
*Attorneys for Defendant*
*National Credit Services, Inc.*

Dated:  August 9, 2017

## CERTIFICATE OF SERVICE

    I, Arthur P. Fritzinger, hereby certify that on August 9, 2017, I served a true and correct copy of the foregoing Defendant's Notice of Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), along with the brief in support, on all parties using the Court's CM/ECF electronic filing system.


                                                */s/ Arthur P. Fritzinger*
                                                Arthur P. Fritzinger